<u>Memorandum Endorsement</u>     <u>United States v. Danosowah, 16-cr-0363 (LAK)</u>

      Defendant's motion for an order directing the Metropolitan Correctional Center to release him to home confinement forthwith [DI 33], as supplemented by additional filings improperly docketed as motions [DI 34, DI 36], is denied, substantially for the reasons set forth in the government's opposition [DI 35]. The Clerk shall terminate DI 34 and 36 as well as DI 33.

      SO ORDERED.

Dated:    April 29, 2020

                                      /s/    Lewis A Kaplan

                                      Lewis A. Kaplan
                                  United States District Judge